Brandy T. Cody, State Bar No. 196923
Email: bcody@fisherphillips.com
FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 4040
Portland, OR 97204
Telephone (503) 242-4262
Facsimile (503) 242-4263

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

JML LAW, APLC
JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jmllaw.com
JARED W. BEILKE, STATE BAR NO. 195698
jared@jmllaw.com
RUTH GEWING, STATE BAR NO. 255876
ruth@jmllaw.com
5855 Topanga Canyon Blvd. Suite 300
Woodland Hills, CA 91367
Telephone: (818) 610-8800
Facsimile: (818) 610-3030

Attorneys for Plaintiff
LANEE' WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| LANEE' WHITE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and DOES 1 through 50, inclusive;<br><br>　　　　　　Defendant. | Case No:  2:20-cv-01502-MCE-AC<br><br>[*Previously San Joaquin Superior Court Case Number STK-CV-UOE-2020-4646; Assigned to the Hon. George J. Abdallah, Dept. 10A*]<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**<br><br>Complaint Filed: June 5, 2020<br>Removal Filed:　July 24, 2020<br>Trial Date:　　　None Set |

1  IT IS HEREBY STIPULATED by Plaintiff LANEE' WHITE ("Plaintiff") and Defendant FEDEX GROUND PACKAGE SYSTEM, INC. ("Defendant"), by and through their respective counsel of record, that the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Pursuant to Federal Rule of Civil Procedure 41(a)(1), this dismissal is effective "without a court order" and the Court shall enter the dismissal of Plaintiff's claims with prejudice.

IT IS SO STIPULATED.

Dated:  June 24, 2021

JML LAW, APLC

By: _____
JOSEPH M. LOVRETOVICH
JARED W. BEILKE
RUTH GEWING

Attorneys for Plaintiff
LANEE' WHITE


Dated:  June 24, 2021

FISHER & PHILLIPS LLP

By:  */s/ Brandy T. Cody*
BRANDY T. CODY

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.